UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Landstar Enterprises, Inc.,                     Case No. 14-45563-TJT
                                                           Chapter 7
                                                           Hon. Thomas J. Tucker

                     Debtor.
_____/

**TRUSTEE'S REPORT OF UNDISCLOSED ASSET**

      Pursuant to E.D. Mich. L.B.R. 2015, the Trustee hereby reports that the Trustee discovered the following assets after the Debtor testified at the § 341 Meeting of Creditors that the schedules are accurate:

a. 1998 Honda Civic
b. 1997 Honda Civc

      The Trustee requested Debtor attorney to amend the schedules to accurately reflect the Debtor interest in this asset at the original § 341 Meeting of Creditors.

      This report is for informational purposes only.  No response is permitted.


                                                        STEINBERG SHAPIRO & CLARK


                                                        /s/ Mark H. Shapiro (P43134)
                                                        Trustee
                                                        25925 Telegraph Road
                                                        Suite 203
                                                        Southfield, MI 48033
                                                        (248) 352-4700
                                                        shapiro@steinbergshapiro.com
Dated: November 17, 2014