UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

## COVER SHEET FOR AMENDMENTS

| Case Name: | Landstar Enterprises, Inc. | Case No.: | 14-45563 |
|---|---|---|---|

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition**:
  - ☐ Name  ☐ Debtor(s) Mailing Address  ☐ Alias
  - ☐ Signature  ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Schedules**
- ☐ **Statement of Financial Affairs**
- ☑ **Schedules and List of Creditors:**
  - ☐ Schedule A
  - ☑ Schedule B
  - ☐ Schedule C
  - ☑ List of Creditors   ☑ Schedule D   ☐ Schedule E   ☐ Schedule F, and
    - ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☐ Schedule I
  - ☐ Schedule J

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s): Amended as per Trustee's request at Creditors Meeting**

| | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| **Date** December 2, 2014 | **Signature** /s/ kurt thornbladh<br>                   KURT THORNBLADH P25858 |
| | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** December 2, 2014 | **Signature** /s/ rashad al-mehdi<br>RASHAD AL-MEHDI |
| **Date** | **Signature** |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**    **PLEASE CHANGE TO:**
_____    _____
_____    _____
_____    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**    **PLEASE CHANGE TO:**
_____    _____
_____    _____
_____    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**    **PLEASE CHANGE TO:**
_____    _____
_____    _____
_____    _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** **World Gate Enterprises, Inc.**

**ADDRESS:** **9190 Greenfield Road Suite 101**
**Detroit, MI 48228**

**NAME OF CREDITOR:** **World Gate Enterprises Inc.**

**ADDRESS:** **9190 Greenfield Road Suite 101**
**Detroit, MI 48228**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

**COVER SHEET FOR AMENDMENTS GUIDELINES**

Use the Cover Sheet for Amendments **ONLY** when filing the items listed on Page 1, including amendments made in response to information provided to you on the BNC Undeliverable Notice.

Include the word "Amended" in the title of each amended document. **Please Note: An amended document must be filed in its entirety and accompanied by the Cover Sheet for Amendments.**

**Service of Amendment:** LBR 1009-1(b) The debtor shall server a copy of the amendment and the "Cover Sheet for Amendments" on all entities affected by the amendment and file a certificate of service. **The Clerk's Office will not send notice of the amendment.**

Do not add or upload creditors that already have been included on the original List of Creditors. **The Clerk's Office will not delete creditors.**

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court". **NOTE: No personal checks will be accepted from debtors.**

*Please contact our Help Desk with any questions regarding amendments or fees:*
*Bay City: (989) 894-8840    Detroit: (313) 234-0065    Flint: (810) 235-4126*