In re **Landstar Enterprises, Inc.**            Case No. **14-45563**
                                                                                                     (if known)

*AMENDED 12/2/2014*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Landstar Enterprises, Inc.**  Case No. **14-45563**
(if known)

*AMENDED 12/2/2014*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Ameritrade Account | $25,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

In re **Landstar Enterprises, Inc.**  Case No. **14-45563**
(if known)

*AMENDED 12/2/2014*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against the City of Detroit for Wrongful Demolition. | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Honda VIN 2HGEJ6613XH512204 Poor condition | $400.00 |
| | | 1997 Honda -- Salvage | $400.00 |

In re **Landstar Enterprises, Inc.**     Case No. **14-45563**
                                                        (if known)

*AMENDED 12/2/2014*
**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | VIN 1HGEJ8247VL004815 | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

_____3_____ continuation sheets attached     **Total >**     **$25,800.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Landstar Enterprises, Inc.** Case No. **14-45563**
(if known)

*AMENDED 12/2/2014*
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Treasurer, City of Detroit**<br>**% Law Department**<br>**2 Woodward Ave., Suite 500**<br>**Detroit, MI 48226** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Demolition Lien**<br>COLLATERAL:<br>**Investment Property**<br>REMARKS:<br><br>VALUE: $951,000.00 | | X | X | **Unknown** | **Unknown** |
| Representing:<br>**Treasurer, City of Detroit** | | **Mary Beth Cobbs**<br>**2 Woodward Avenue**<br>**Suite 500**<br>**Detroit MI 48226** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Wayne County Treasurer**<br>**400 Monroe St.**<br>**Ste. 520**<br>**Detroit MI 48226** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Investement Property**<br>REMARKS:<br><br>VALUE: $951,000.00 | | | X | **$753,000.00** | |
| Representing:<br>**Wayne County Treasurer** | | **Wayne County Treasurer (Notice Only)**<br>**%Kilpatrick & Associates P.C.**<br>**903 N. Opdyke, Suite C**<br>**Auburn Hills MI 48326** | | | | **Notice Only** | **Notice Only** |
| | | Subtotal (Total of this Page) > | | | | **$753,000.00** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **Landstar Enterprises, Inc.**  Case No. **14-45563**
(if known)

*AMENDED 12/2/2014*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Wayne County Treasurer**<br>**400 Monroe St.**<br>**Ste. 520**<br>**Detroit MI 48226** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Investment Property**<br>REMARKS:<br><br>VALUE: $2,500.00 | | | | $5,902.00 | $3,402.00 |
| ACCT #:<br>**Wayne County Treasurer**<br>**400 Monroe St.**<br>**Ste. 520**<br>**Detroit MI 48226** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Investment Property**<br>REMARKS:<br><br>VALUE: $25,000.00 | | | | $13,888.00 | |
| ACCT #:<br>**World Gate Enterprises Inc.**<br>**9190 Greenfield Road Suite 101**<br>**Detroit, MI 48228** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Garage Keepers Lien**<br>COLLATERAL:<br>1997 Honda -- Salvage VIN 1HGEJ8247VL004815<br>REMARKS:<br><br>VALUE: $400.00 | | | | $1,575.00 | $1,175.00 |
| ACCT #: **N/A**<br>**World Gate Enterprises, Inc.**<br>**9190 Greenfield Road Suite 101**<br>**Detroit, MI 48228** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Garage Keepers Lien**<br>COLLATERAL:<br>1999 Honda VIN 2HGEJ6613XH512204 Poor condi<br>REMARKS:<br><br>VALUE: $400.00 | | | | $2,085.00 | $1,685.00 |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $23,450.00 | $6,262.00 |
| Total (Use only on last page) > | $776,450.00 | $6,262.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |